FILE COPY

No. 07-14-00412-CR

| | | |
|---|---|---|
| Jeffery Sean Noblett<br>    Appellant | § | From the 320th District Court<br>    of Potter County |
| | § | |
| v. | | September 30, 2015 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Hancock |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated September 30, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o